IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| HILDA L. SOLIS,[1] Secretary of Labor, United States Department of Labor, | ) ) ) | Case No. 08 C 5557 |
| Plaintiff, | ) ) ) | Judge Virginia M. Kendall Magistrate Judge Mason |
| v. | ) ) ) | |
| LOCAL 150, INTERNATIONAL UNION OF OPERATING ENGINEERS, | ) ) ) | |
| Defendant. | ) | |

## CERTIFICATION OF ELECTION

The election having been conducted in the above matter under the supervision of

the Secretary of Labor, United States Department of Labor, pursuant to a Stipulation of

Settlement and Order entered December 14, 2009, in the United States District Court for

the Northern District of Illinois, in accordance with the provisions of Title IV of the

Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §§ 481-483) and,

insofar as lawful and practicable, in conformity with the Constitution and Bylaws of the

defendant labor organization, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §§ 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

| | |
|---|---|
| President-Business Manager | James M. Sweeney |
| Recording-Corresponding Secretary | Steven M. Cisco |
| Trustee | Douglas Vaughn |
| Trustee | Raymond G. Perlick |
| Trustee | Scott S. Shahbaz |
| Vice President | James J. McNally |
| Financial Secretary | David A. Fagan |
| Treasurer | Marshall E. Douglas II |
| Executive Board District 1 | Matt Ruane |
| Executive Board District 2 | D.M. Dave Papesh |
| Executive Board District 3 | Daniel W. Schrader |
| Executive Board District 4 | Bradley M. Milliken |
| Executive Board District 5 | Lance Yednock |
| Executive Board District 6 | Thomas A. Young |

---

[1] This action was originally brought by Elaine L. Chao, former Secretary of Labor. Successor Hilda L. Solis, the current Secretary of Labor, is automatically substituted as party in accordance with Rule 25(d) of the Federal Rules of Civil Procedure.

Executive Board District 7        Robert L. Cook

Executive Board District 8        Willis Wisely

Attached herewith is a declaration setting forth the complaints concerning violations, which were alleged to have occurred during the pre-election period, and the finding of the investigations of these complaints.

Signed this 15th day of December, 2010.

*Patricia Fox*

Patricia Fox, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor

3